Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMILLE WARE, | Case No.: 2:18-cv-01321-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| JPMORGAN CHASE BANK, NA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Camille Ware (hereafter "Plaintiff") through her attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before September 03, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this  8th  day of  August    , 2018			Signed this  8th  day of  August      , 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By:  */s/ Lindsey H. Morales*			By:  *David H. Krieger*
Lindsey H. Morales, Esq.				David H. Krieger, Esq. (Nevada Bar No. 9086)
Nevada Bar No. 11519					Haines & Krieger, LLC
McCalla Raymer Leibert Pierce, LLP			8985 S. Eastern Ave., Suite 350
1635 Village Center Circle, Ste. 130			Las Vegas, Nevada 89123
Las Vegas, Nevada 89134				(702) 425-7267
(702) 880-5554
*Attorney for Chase Bank, N.A.*

## **ORDER**

**IT IS ORDERED.**  Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before September 03, 2018.

Dated this 9th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

 */s/ Lindsey H. Morales*
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com